**APPLICANT**   **THOMAS RAYMOND CARR**   APPLICATION NO. 79,620-05

## APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS

### ACTION TAKEN

**DISMISSED. NONCOMPLIANT WITH TEX. R. APP. P. 73.1.**

_Per Curiam_                                                7/8/15

JUDGE                                                        DATE